**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

June 14, 2011

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue # 263
Mill Valley, CA 94941

SUBJECT:    Request for Payment of Docket Fee

**Title: BOY RACER, INC.-v- DOES 2-71**
**Case Number: CV 11-02833 EJD**

A new case was filed with this Court on 5/31/2011 and the docketing fee of $350.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by: Tiffany Salinas-Harwell
Case Systems Administrator

cc: U.S. Court of Appeals