IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOY RACER, INC.,     No. CV-11-02833-EJD

     Plaintiff,     **ORDER REASSIGNING REFERRAL MAGISTRATE JUDGE**

v.

DOES 2-71,

     Defendant.
_____/

For good cause appearing,

IT IS HEREBY ORDERED that this case be reassigned to Magistrate Judge Paul S. Grewal for all discovery purposes.

**IT IS SO ORDERED.**

Dated: June 15, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE