# EXHIBIT A

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BOY RACER, INC., | ) | **No. C-11-02933 EJD (PSG)** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DECLARATION OF JOHN L. STEELE** |
| | ) | |
| DOES 2-71, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**DECLARATION OF JOHN L. STEELE**

I, John L. Steele, declare as follows:

1.      I am the attorney of record in First Time Videos, LLC v. Does 1-28—a case that is currently pending in the Northern District of Illinois (case no. 11-cv-02982).

2.      There were 28 unique IP addresses referenced in the complaint, which was the basis for naming 28 doe defendants in the case.

3.      According to information returned by the ISP in the case, it turned out that each of the 28 IP addresses was associated with the same individual account holder.

4.      I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those

1 matters I believe to be true.  If called upon to testify, I can and will competently testify as set forth

2 above.

3

4 **DATED:  September 2, 2011**

5

6 By: _____/s/ John L. Steele_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28