Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOY RACER, INC, <br><br> Plaintiff, <br> v. <br> DOES 2-71, <br><br> Defendants. | No. C-11-02833 EJD (PSG) <br><br> [PROPOSED] ORDER DENYING MOVANT'S MOTIONS TO QUASH |

**ORDER DENYING MOVANTS' MOTIONS TO QUASH**

The Court has reviewed anonymous Movants' Motions to Quash or Modify Subpoena (ECF Nos. 9, 10 and 11), and Plaintiff's Omnibus Response in Opposition (ECF No. 13) to all three. As outlined more fully Plaintiff's Opposition, Movant has failed to meet its burden of showing that the subject subpoena should be quashed. *See UMG Recordings, Inc. v. Does 1–4*, No. 06-0652, 2006 WL 1343597, at *2 (N.D. Cal. Mar. 6, 2006) (Chen, J.). As such, all three of Movants' Motions to Quash are **DENIED**.

Third-party entities that have been, and will be, subpoened by Plaintiff must still carry on with gathering and supplying Plaintiff with the information requested through its Rule 45 subpoenas as fully laid out in this Court's Order Granting Plaintiff's *Ex Parte* Application for Expedited Discovery (ECF No. 8).

1     This order disposes of Docket No. 9, 10 and 11.

3     IT IS SO ORDERED.

5 DATED:_____      _____
                                                                     United States District Court Judge