UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BOY RACER, INC.,                        CASE NO. 11-2833 EJD

            Plaintiff(s),

        v.                                 NOTICE OF NEED FOR ADR PHONE CONFERENCE

DOES 2-71,

            Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

X     not yet reached an agreement to an ADR process

☐     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    SEPTEMBER 30, 2011

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| BRETT GIBBS | BOY RACER, INC. | 415-341-5318 | BLGIBBS@WEFIGHTPIRACY.COM |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: 9-9-11                                     /s/ Brett L. Gibbs, Esq.
                                                            Attorney for Plaintiff

Dated:_____                                  _____
                                                             Attorney for Defendant

Rev 12.05 | When filing this document in ECF, please be sure to use the ADR Docket Event entitled