Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOY RACER, INC., <br><br> Plaintiff, <br> v. <br><br> DOES 2-72, <br><br> Defendants. | No. C-11-02833 EJD <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THREE ANONYMOUS DOE DEFENDANTS; [PROPOSED] ORDER** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THREE ANONYMOUS DOE DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses all claims brought in this action against the three (3) anonymous Doe Defendants associated with the three motions pending in this case: Motion to Quash or Modify Subpoena (ECF No. 9), Motion to Quash or Modify Subpoena (ECF No. 10), and Motion to Quash or Modify Subpoena (ECF No. 11). To preserve privacy for these individuals, Plaintiff does not address these Doe Defendants by name, or by their Internet Protocol ("IP") addresses, and merely identifies them by the motions they filed in this case. This is sufficient to notify the Internet Service Providers ("ISPs") who have been properly notified by each subscriber of their pending motions.

At this point, therefore, for further clarity, considering the proceeding voluntary dismissals of the three Doe Defendants associated with the above motions, this action is now essentially Boy Racer, Inc. v. Does 5-72. The Motions to Quash, and the Responses thereto, should therefore no longer be pending before the Court. The hearing on these Motions to Quash is scheduled for October 11, 2011 at 10:00 a.m. in Courtroom 5 of the San Jose Federal Courthouse in front of Magistrate Judge Grewal. (*See* ECF No. 12). In light of the above, the Motions to Quash are moot, and the hearings are no longer necessary. Plaintiff requests that this hearing be taken off of the Court's motion calendar.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the three (3) Doe Defendants being dismissed here have neither filed answers to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Doe Defendants have hereby been dismissed from this action without prejudice, and their Motions to Quash or Modify Subpoena (ECF Nos. 9, 10, 11) should hereby be denied as moot as their associated IP addresses are no longer part of this suit.

//
//
//
//
//
//
//
//
//
//
//

Plaintiff still maintains claims against the other anonymous Doe Defendants remaining in this action, and reserves the right to name such individuals and/or serve them when, and if, Plaintiff is in possession of their identifying information in the future of this ongoing case.

Respectfully Submitted,

STEELE HANSMEIER PLLC,

**DATED: September 27, 2011**

By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

//
//
//
//
//
//
//
//
//
//
//
//
//
//

## [PROPOSED] ORDER

In light of the above, Doe Defendants associated with Motions to Quash or Modify Subpoena (ECF Nos. 9,10, and 11) are hereby DISMISSED from this case without prejudice, and, therefore are no longer part of this suit. Additionally, Motions to Quash or Modify Subpoena (ECF Nos. 9, 10, and 11) are DENIED as the issues raised therein are now MOOT. Likewise the hearing on these Motions to Quash, currently, scheduled for October 11, 2011 at 10:00 a.m. in Courtroom 5 of the San Jose Federal Courthouse in front of Magistrate Judge Grewal, is hereby removed from the Court's calendar.

Further, it is ORDERED that Plaintiff serve copies of this Order onto the relevant ISPs.

**IT IS SO ORDERED**.

Dated: _____        _____
                                        Edward J. Davila
                                        United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.